ANDREW THOMAS SINCLAIR (SBN 72681)
SINCLAIR LAW OFFICE
300 Frank H. Ogawa Plaza
Rotunda Building, Suite 160
Oakland, CA 94612
Tel: (510) 465-5300
Fax: (510) 465-5356

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Karen Moe Humphreys, | No. C 04 3808 SI |
| Plaintiff, | STIPULATION RE CASE MANAGEMENT CONFERENCE |
| v. | |
| Regents of the University of California, University of California, Berkeley, Department of Intercollegiate Athletics and Recreational Sports, Steve Gladstone, in his individual and official capacity, and Mark Stevens, in his individual and official capacity, | |
| Defendants. | |

WHEREAS, there is a Case Management Conference scheduled for July 15, 2005, and

WHEREAS, the parties had a Case Management Conference on February 18, 2005, after which the Court issued a Pre-Trial Order, and

WHEREAS, the purpose of this Case Management Conference was to ensure that the ADR process was moving along, and

WHEREAS, the parties participated in an ENE / Mediation session for Robert Fries on June 15, 2005, but the case did not settle (see attached Certification of ADR Session), and

WHEREAS, the parties are in agreement that there is no need for another Case Management Conference at this time,

*Humphreys v. Regents of University of California, et al.*
STIPULATION RE CASE MANAGEMENT CONFERENCE   PAGE 1

1  IT IS HEREBY STIPULATED that the Case Management Conference scheduled for
2  July 15, 2005, may be taken off calendar.

_____   6/22/05       _____   6/22/05
PAUL YANG                   DATE          ANDREW THOMAS SINCLAIR       DATE
Lafayette & Kumagai                       Sinclair Law Office
Attorneys for Defendants                  Attorneys for Plaintiff

ORDER

Pursuant to the stipulation of counsel,

IT IS SO ORDERED.



SUSAN ILLSTON

The case management conference has been continued to September 2, 2005, at 2:30 p.m. A joint statement must be filed one week prior to the conference.