IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN MOE HUMPHREYS, | No. C 04-03808 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| REGENTS OF THE UNIVERSITY, | |
| Defendant. / | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: April 22, 2005 at 2:30 p.m..
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is September 24, 2005x.

DESIGNATION OF EXPERTS: 10/7/05;   REBUTTAL DESIGNATION: 10/22/05..
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is November 10, 2005.

DISPOSITIVE MOTIONS **SHALL** be filed by November 11, 2005;

Opp. Due November 28, 2005;   Reply Due December 5, 2005;

and set for hearing no later than Decembewr 16, 2005 at 9:00 AM.

PRETRIAL CONFERENCE DATE: February 28, 2006 at 3:30 PM.

JURY TRIAL DATE: March 13, 2006 at 8:30 AM.,
Courtroom 4, 17th floor.

TRIAL LENGTH is estimated to be 12 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
By February 25, 2005, all initial disclosures shall be completed.

By March 4, 2005, counsel shall inform the court of the status as to the mediator selected and the date it is to occur.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 9/7/05

_____
SUSAN ILLSTON
United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN MOE HUMPHREYS, | No. C 04-03808 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| REGENTS OF THE UNIVERSITY, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: April 22, 2005 at 2:30 p.m..
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is September 24, 2005x.

DESIGNATION OF EXPERTS: 10/7/05;  REBUTTAL DESIGNATION: 10/22/05..
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is November 10, 2005.

DISPOSITIVE MOTIONS **SHALL** be filed by November 11, 2005;

Opp. Due November 28, 2005;  Reply Due December 5, 2005;

and set for hearing no later than Decembewr 16, 2005 at 9:00 AM.

PRETRIAL CONFERENCE DATE: February 28, 2006 at 3:30 PM.

JURY TRIAL DATE: March 13, 2006 at 8:30 AM.,
Courtroom 4, 17th floor.

TRIAL LENGTH is estimated to be 12 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
By February 25, 2005, all initial disclosures shall be completed.

By March 4, 2005, counsel shall inform the court of the status as to the mediator selected and the date it is to occur.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 9/7/05

_____
SUSAN ILLSTON
United States District Judge