**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KAREN MOE HUMPHRIES,            No. C 04-3808 SI

       Plaintiff,                                **ORDER TO MEET AND CONFER RE:**
  v.                                         **DISCOVERY DISPUTE**

REGENTS OF THE UNIVERSITY OF
CALIFORNIA, et al.,

       Defendants.
                                            /

By letter-brief filed September 1, 2005, plaintiff seeks to compel further answers at deposition and documents from witness Teresa Kuehn. Ms. Kuehn's original deposition session occurred on August 25, 2005. Defendants oppose the request.

It is clear both from the timing of the letter briefs and from their text that the parties have not met to try to resolve the current dispute. Such an effort is required before the Court will involve itself in resolution of any discovery dispute, particularly one which, like the current one, could obviously be narrowed by good faith discussion and implementation of appropriate protective orders.

The parties are **ORDERED to meet and confer, in person**, to discuss the dispute and to make a genuine effort to resolve it. Should they be unable to do so, they are **ORDERED to submit a joint report summarizing their conference**, outlining their agreements and identifying their remaining differences. Only at that point will the Court address any remaining disagreements.

**IT IS SO ORDERED.**

Dated: September 20, 2005

                                                            _____
                                                            SUSAN ILLSTON
                                                            United States District Judge