```
 1  ANDREW THOMAS SINCLAIR (SB # 72681)
    CÉSAR J. DEL PERAL (SB # 232140)
 2  SINCLAIR LAW OFFICE
    300 Frank H. Ogawa Plaza
 3  Rotunda Building, Suite 160
    Oakland, CA 94612
 4  Tel: (510) 465-5300
    Fax: (510) 465-5356
 5
    KATHLEEN V. FISHER (SB # 70838)
 6  ARNE D. WAGNER (SB # 78464)
    MATTHEW B. BORDEN (SB # 214323)
 7  CALVO & CLARK LLP
    One Lombard St., 2nd Floor
 8  San Francisco, CA 94111
    Tel: (415) 374-8370
 9  Fax: (415) 374-8373

10  Attorneys for Plaintiff
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Karen Moe Humphreys,<br><br>            Plaintiff,<br><br>   v.<br><br>Regents of the University of California, University of California, Berkeley, Department of Intercollegiate Athletics and Recreational Sports, Steve Gladstone, in his individual and official capacity, and Mark Stevens, in his individual and official capacity,<br><br>           Defendants. | No. C 04 3808 SI<br><br>STIPULATION RE FILING AMENDED COMPLAINT |

WHEREAS, at the time of the Case Management Conference on September 2, 2005, the parties had been informed by in-house counsel for the University that a decision with respect to Plaintiff's administrative "whistle-blower" complaint would be made by September 15, 2005, and so informed the Court, and

*Humphreys v. Regents of University of California, et al.*
STIPULATION RE AMENDED COMPLAINT                                PAGE 1

WHEREAS, the Court directed Plaintiff to file her amended complaint by September 30, 2005, and

WHEREAS, respective counsel in this action were informed by in-house counsel for the University this week that a decision on Plaintiff's "whistle-blower" complaint would not be made until October 7, 2005, and

WHEREAS, the parties have worked with in-house counsel for the University to encourage the University to render an administrative decision as soon as possible and believe, based on what they have been told, that a decision will be forthcoming on October 7, 2005, and

WHEREAS, Plaintiff cannot allege that she has exhausted administrative remedies in an amended complaint until the University renders a decision with respect to her "whistle-blower" complaint,

IT IS STIPULATED that Plaintiff may have until October 12, 2005, to file her amended complaint.

_____  9/29/05        _____
PAUL YANG                DATE           ANDREW THOMAS SINCLAIR   DATE
Lafayette & Kumagai                     Sinclair Law Office
Attorneys for Defendants                Attorneys for Plaintiff

ORDER

Pursuant to the above stipulation of the parties,

IT IS SO ORDERED.

DATED: _____

**GRANTED**
Judge Susan Illston

SUSAN ILLSTON
United States District Judge

I:\WPDOCS\Humphreys Karen\Stipulations & Agreements\Stip re Amended Complaint 2.wpd

*Humphreys v. Regents of University of California, et al.*
STIPULATION RE AMENDED COMPLAINT                                    PAGE 2