IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KAREN MOE HUMPHREYS,

         Plaintiff,

  v.

REGENTS OF THE UNIVERSITY,

         Defendant.

_____/

No. C 04-03808 SI

**SECOND**
**PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: December 2, 2005 at 2:30 p.m..
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is February 17, 2006.

DESIGNATION OF EXPERTS: 1/9/06;   REBUTTAL DESIGNATION: 1/27/06.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is February 17, 2006.

DISPOSITIVE MOTIONS **SHALL** be filed by February 24, 2006;

    Opp. Due March 10, 2006;  Reply Due March 17, 2006;

     and set for hearing no later than March 31, 2006 at 9:00 AM.

PRETRIAL CONFERENCE DATE: May 2, 2006 at 3:30 PM.

JURY TRIAL DATE: May 15, 2006 at 8:30 AM.,
    Courtroom 4, 17th floor.

TRIAL LENGTH is estimated to be 8 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The Court granted the parties request to continue the trial schedule so that they parties can amend the complaint and proceed on the necessary motions.

The parties have agreed to participate in a follow-up private mediation session.
The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 9/7/05

_____
SUSAN ILLSTON
United States District Judge

United States District Court

For the Northern District of California