1  ANDREW THOMAS SINCLAIR (SB # 72681)
   CÉSAR J. DEL PERAL (SB # 232140)
2  SINCLAIR LAW OFFICE
   300 Frank H. Ogawa Plaza
3  Rotunda Building, Suite 160
   Oakland, CA 94612
4  Tel: (510) 465-5300
   Fax: (510) 465-5356
5
   KATHLEEN V. FISHER (SB # 70838)
6  ARNE D. WAGNER (SB # 78464)
   MATTHEW B. BORDEN (SB # 214323)
7  CALVO & CLARK LLP
   One Lombard St., 2nd Floor
8  San Francisco, CA 94111
   Tel: (415) 374-8370
9  Fax: (415) 374-8373

10 Attorneys for Plaintiff

11

12                   UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| Karen Moe Humphreys, | No. C 04 3808 SI |
| Plaintiff, | STIPULATION RE FILING AMENDED COMPLAINT (SECOND STIPULATION) |
| v. | |
| Regents of the University of California, University of California, Berkeley, Department of Intercollegiate Athletics and Recreational Sports, Steve Gladstone, in his individual and official capacity, and Mark Stevens, in his individual and official capacity, | |
| Defendants. | |

      WHEREAS, the parties filed a stipulation with respect to filing an amended complaint indicating the representatives of the University had indicated that the fact finder's report would be available by October 7, 2005, and

*Humphreys v. Regents of University of California, et al.*
SECOND STIPULATION RE AMENDED COMPLAINT                             PAGE 1

WHEREAS, the University did not make the fact finder's report available until today, October 12, 2005, the same day on which the amended complaint is due under the stipulation and order approved by the Court on October 5, 2005, and

WHEREAS, counsel for Plaintiff needs to review the fact finder's report, which is approximately 30 pages in length with approximately 25 pages of attachments, before filing the amended complaint,

IT IS STIPULATED that Plaintiff may have until Friday, October 14, 2005, to file her amended complaint.

| _(signed)_ 10/12/05 | _(signed)_ 10/12/05 |
|---|---|
| PAUL YANG   DATE | ANDREW THOMAS SINCLAIR   DATE |
| Lafayette & Kumagai | Sinclair Law Office |
| Attorneys for Defendants | Attorneys for Plaintiff |

ORDER

Pursuant to the above stipulation of the parties,

IT IS SO ORDERED.

DATED: _____

GRANTED
_(signed)_
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

I:\WPDOCS\Humphreys Karen\Stipulations & Agreements\Stip re Amended Complaint.10.12.05.wpd

*Humphreys v. Regents of University of California, et al.*
SECOND STIPULATION RE AMENDED COMPLAINT                         PAGE 2