ANDREW THOMAS SINCLAIR (SB # 72681)
CÉSAR J. DEL PERAL (SB # 232140)
SINCLAIR LAW OFFICE
300 Frank H. Ogawa Plaza
Rotunda Building, Suite 160
Oakland, CA 94612
Tel: (510) 465-5300
Fax: (510) 465-5356

KATHLEEN V. FISHER (SB # 70838)
ARNE D. WAGNER (SB # 78464)
MATTHEW B. BORDEN (SB # 214323)
CALVO & CLARK LLP
One Lombard St., 2nd Floor
San Francisco, CA 94111
Tel: (415) 374-8370
Fax: (415) 374-8373

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Karen Moe Humphreys,<br><br>      Plaintiff,<br><br>v.<br><br>Regents of the University of California, *et al.*<br><br>      Defendants.<br>_____ / | No. C 04 3808 SI<br><br>STIPULATION RE DOCUMENTS TO BE PROVIDED UNDER AMENDED STIPULATED PROTECTIVE ORDER<br><br>IT IS SO ORDERED<br>*/s/ Susan Illston*<br>Judge Susan Illston |

    IT IS HEREBY STIPULATED that the documents sent to Karen Moe Humphreys by John Cummins on or about October 12, 2005, shall be provided to counsel for Plaintiff in unredacted form under the terms of the Amended Stipulated Protective Order filed by the Court on or about October 24, 2005.

_____  11/5/05    _____  11-1-05
JEFFREY R. BLAIR      DATE    ANDREW THOMAS SINCLAIR  DATE
Office of the University of California    Sinclair Law Office

I:\WPDOCS\Humphreys, Karen\Stipulations & Agreements\Stipulation re Documents to be Provided under Protective Order.wpd

*Humphreys v. Regents of University of California, et al.*
STIPULATION RE DOCUMENTS                         PAGE 1