ANDREW THOMAS SINCLAIR (SB # 72681)
CÉSAR J. DEL PERAL (SB # 232140)
SINCLAIR LAW OFFICE
300 Frank H. Ogawa Plaza
Rotunda Building, Suite 160
Oakland, CA 94612
Tel: (510) 465-5300
Fax: (510) 465-5356

KATHLEEN V. FISHER (SB # 70838)
ARNE D. WAGNER (SB # 78464)
MATTHEW B. BORDEN (SB # 214323)
CALVO & CLARK LLP
One Lombard St., 2nd Floor
San Francisco, CA 94111
Tel: (415) 374-8370
Fax: (415) 374-8373

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Karen Moe Humphreys,<br><br>    Plaintiff,<br><br>v.<br><br>Regents of the University of California, University of California, Berkeley, Department of Intercollegiate Athletics and Recreational Sports, Steve Gladstone, in his individual and official capacity, and Mark Stevens, in his individual and official capacity,<br><br>    Defendants. | No. C 04 3808 SI<br><br>STIPULATION RE ASSERTION OF FIFTH CLAIM FOR RELIEF IN THIRD AMENDED COMPLAINT AGAINST DEFENDANTS GLADSTONE AND STEPHENS IN THEIR INDIVIDUAL CAPACITY |

WHEREAS, plaintiff filed a Third Amended Complaint on October 14, 2005; and

WHEREAS, the parties have met and conferred regarding a possible motion to dismiss by defendants, and

WHEREAS, the parties have agreed that, if plaintiff stipulates that her Fifth Claim for Relief is asserted against defendants Gladstone and Stephens in their individual capacity, defendants will not file a motion to dismiss,

1  IT IS STIPULATED that Plaintiff asserts her Fifth Claim for Relief in her Third
2  Amended Complaint against Defendants Gladstone and Stephens in their individual capacity
3  only.

| *Paul Yang* 11/10/05 | *Andrew Thomas Sinclair* 11-10-05 |
|---|---|
| PAUL YANG          DATE | ANDREW THOMAS SINCLAIR    DATE |
| Lafayette & Kumagai | Sinclair Law Office |
| Attorneys for Defendants | Attorneys for Plaintiff |

**IT IS SO ORDERED**
*Susan Illston*
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA