1  ANDREW THOMAS SINCLAIR (SB # 72681)
   CÉSAR J. DEL PERAL (SB # 232140)
2  SINCLAIR LAW OFFICE
   300 Frank H. Ogawa Plaza
3  Rotunda Building, Suite 160
   Oakland, CA 94612
4  Tel: (510) 465-5300
   Fax: (510) 465-5356
5
   KATHLEEN V. FISHER (SB # 70838)
6  ARNE D. WAGNER (SB # 78464)
   MATTHEW BORDEN (SB # 214323)
7  CALVO & CLARK LLP
   One Lombard St., 2nd Floor
8  San Francisco, CA 94111
   Tel: (415) 374-8370
9  Fax: (415) 374-8373

10 Attorneys for Plaintiff

11

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14

15 | Karen Moe Humphreys,                               | No. C 04 3808 SI |

16 |                                      Plaintiff,    | STIPULATION RE EXPERT DISCLOSURE AND DISCOVERY |

17 |                      v.                            | SCHEDULE AND ORDER [PROPOSED] |

18 | Regents of the University of California, University
   | of California, Berkeley, Department of
19 | Intercollegiate Athletics and Recreational Sports,
   | Steve Gladstone, in his individual and official
20 | capacity, and Mark Stevens, in his individual and
   | official capacity,
21
   |                                      Defendants.
22 | _____/

23
       Whereas, the parties have met and conferred with respect to the scheduled for
24
   disclosure of experts and expert discovery, and
25
       Whereas, the parties are in agreement the following modifications are acceptable,
26
   /
27
   /
28

IT IS STIPULATED that:

1. The date for disclosure of experts shall be moved from January 9, 2006, to January 30, 2006;

2. The date for disclosure of rebuttal experts shall be moved from January 27, 2006, to February 17, 2005, and

3. The cut-off date for expert discovery shall be moved from February 17, 2006, to March 10, 2006.

_____  12/9/05        _____  12-9-05
PAUL YANG                    DATE        ANDREW THOMAS SINCLAIR      DATE
Lafayette & Kumagai                      Sinclair Law Office
Attorneys for Defendants                 Attorneys for Plaintiff

ORDER

Pursuant to the above stipulation of the parties,

IT IS SO ORDERED.

DATED: _____

IT IS SO ORDERED
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

I:\WPDOCS\Humphreys Karen\Stipulations & Agreements\Stip & Order Experts.wpd

*Humphreys v. Regents of University of California, et al.*
STIP. RE EXPERT DISCLOSURE & DISCOVERY SCHEDULE / ORDER                              PAGE 2