ANDREW THOMAS SINCLAIR (SB # 72681)
CÉSAR J. DEL PERAL (SB # 232140)
SINCLAIR LAW OFFICE
300 Frank H. Ogawa Plaza
Rotunda Building, Suite 160
Oakland, CA 94612
Tel: (510) 465-5300
Fax: (510) 465-5356

KATHLEEN V. FISHER (SB # 70838)
ARNE D. WAGNER (SB # 78464)
MATTHEW BORDEN (SB # 214323)
CALVO & CLARK LLP
One Lombard St., 2nd Floor
San Francisco, CA 94111
Tel: (415) 374-8370
Fax: (415) 374-8373

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Karen Moe Humphreys,<br><br>              Plaintiff,<br><br>v.<br><br>Regents of the University of California, University of California, Berkeley, Department of Intercollegiate Athletics and Recreational Sports, Steve Gladstone, in his individual and official capacity, and Mark Stevens, in his individual and official capacity,<br><br>              Defendants. | No. C 04 3808 SI<br><br>STIPULATION RE DISCLOSURES TO EXPERTS OR CONSULTANTS OF DOCUMENTS SUBJECT TO PROTECTIVE ORDER AND ORDER [PROPOSED]<br><br>DENIED<br>Judge Susan Illston |

    WHEREAS, the parties have agreed on a procedure for disclosing the identities of experts and consultants with whom "Confidential" documents subject to the Amended Stipulated Protective Order ("Protective Order") are shared,

    IT IS STIPULATED that:

    1. If Plaintiff shares documents subject to the Protective order with experts and/or consultants in advance of the date for disclosure of experts, Plaintiff shall within 24 hours document with the

*Humphreys v. Regents of University of California, et al.*
STIP. RE DISCLOSURES TO EXPERTS OR CONSULTANTS & ORDER                           PAGE 1

1  Court containing the name(s) of any expert(s) or consultant(s) with whom the documents subject to

2  the Protective Order, including the Bates numbers of said documents, have been shared.

3      2. The document shall filed "under seal" with the Court and shall contain the following

4  designation on its cover:

**CONFIDENTIAL**

THIS DOCUMENT IS FILED BY PLAINTIFF PURSUANT TO THE STIPULATION AND ORDER FILED JAN. __, 2006, AND SHALL NOT BE DISCLOSED TO DEFENDANTS PRIOR TO THE DATE SET FOR DISCLOSURE OF EXPERTS WITHOUT FURTHER ORDER OF THE COURT. THIS ENVELOPE IS NOT TO BE OPENED NOR ARE THE CONTENTS TO BE EXAMINED, DISPLAYED, REVEALED OR COPIED EXCEPT IN COMPLIANCE WITH THE STIPULATION AND ORDER.

    3. Plaintiff shall not be required to provide the names of the expert(s) or consultant(s) to Defendants in advance of the date set for disclosure of experts so long as the above referenced document is filed with the Court;

    4. On the date set for disclosure of experts, Plaintiff shall provide to Defendants copies of any document(s) filed with the Court setting forth the above-noted information.

_/s/ Paul Yang_ 1/5/06
PAUL YANG    DATE
Lafayette & Kumagai
Attorneys for Defendants

_/s/ Andrew Thomas Sinclair_ 1-5-06
ANDREW THOMAS SINCLAIR    DATE
Sinclair Law Office
Attorneys for Plaintiff

**ORDER**

Pursuant to the above stipulation,

IT IS SO ORDERED.

DATED: _____

_____
SUSAN ILLSTON
United States District Judge

I:\WPDOCS\Humphreys, Karen\Stipulations & Agreements\Stip re Prot Order Disclosures draft 2.wpd

*Humphreys v. Regents of University of California, et al.*
STIP. RE DISCLOSURES TO EXPERTS OR CONSULTANTS & ORDER      PAGE 2