1   ANDREW THOMAS SINCLAIR (SB # 72681)
    CÉSAR J. DEL PERAL (SB # 232140)
2   SINCLAIR LAW OFFICE
    300 Frank H. Ogawa Plaza
3   Rotunda Building, Suite 160
    Oakland, CA 94612
4   Tel: (510) 465-5300
    Fax: (510) 465-5356
5
    KATHLEEN V. FISHER (SB # 70838)
6   ARNE D. WAGNER (SB # 78464)
    MATTHEW BORDEN (SB # 214323)
7   CALVO & CLARK LLP
    One Lombard St., 2nd Floor
8   San Francisco, CA 94111
    Tel: (415) 374-8370
9   Fax: (415) 374-8373

10  Attorneys for Plaintiff

11

12              UNITED STATES DISTRICT COURT

13            NORTHERN DISTRICT OF CALIFORNIA

14

15  Karen Moe Humphreys,                    No. C 04 3808 SI

16                          Plaintiff,      STIPULATION RE EXPERT
                                            DISCLOSURE SCHEDULE AND
17          v.                              DISPOSITIVE MOTION
                                            BRIEFING SCHEDULE AND
18  Regents of the University of California, University   ORDER [PROPOSED]
    of California, Berkeley, Department of
19  Intercollegiate Athletics and Recreational Sports,
    Steve Gladstone, in his individual and official
20  capacity, and Mark Stevens, in his individual and
    official capacity,
21
                            Defendants.
22  _____ /

23          WHEREAS, the parties have met and conferred with respect to Plaintiff's request to

24  amend the expert disclosure schedule and Defendants' request to amend the schedule for filing

25  dispositive motions, and

26          WHEREAS, the parties agree that the respective dates may be amended as provided

27  below, and

28

IT IS STIPULATED that the schedule for disclosure of experts and related dates may be amended as follows in the Pre-Trial Order:

| Event | Current Date | Proposed Date |
|---|---|---|
| Expert Disclosures | Jan 30, 2006 | Feb 13, 2006 |
| Rebuttal Disclosures | Feb 17, 2006 | Feb 24, 2006 |
| Expert Discovery Cut off | Mar 10, 2006 | Mar 10, 2006 |

IT IS FURTHER STIPULATED that the dates for dispositive motions may be amended as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Dispositive Motions Filed | Feb 24, 2006 | Mar 17, 2006 |
| Opposition Filed | Mar 10, 2006 | Mar 31, 2006 |
| Reply Filed | Mar 17, 2006 | Apr 7, 2006 |
| Hearing on Dispositive Motions | Mar 31, 2006 | Apr 14, 2006 |

PAUL YANG                          1/26/06
Lafayette & Kumagai         DATE
Attorneys for Defendants

ANDREW THOMAS SINCLAIR        1-26-06
Sinclair Law Office          DATE
Attorneys for Plaintiff

**ORDER**

IT IS ORDERED that the Pre-Trial Order shall be modified as follows:

| Event | Current Date | Revised Date |
|---|---|---|
| Expert Disclosures | Jan 30, 2006 | Feb 13, 2006 |
| Rebuttal Disclosures | Feb 17, 2006 | Feb 24, 2006 |
| Expert Discovery Cut off | Mar 10, 2006 | Mar 10, 2006 |
| Dispositive Motions Filed | Feb 24, 2006 | Mar 17, 2006 |
| Opposition Filed | Mar 10, 2006 | Mar 31, 2006 |
| Reply Filed | Mar 17, 2006 | Apr 7, 2006 |
| Hearing on Dispositive Motions | Mar 31, 2006 | Apr 14, 2006 |

DATED: _____



HON. SUSAN ILLSTON
United States District Judge

The further case management conference will remain on calendar for March 31, 2006, at 2:30 p.m.  A joint statement must be filed one week prior to the conference.

*Humphreys v. Regents of University of California, et al.*
STIP. RE EXPERTS & DISPOSITIVE MOTIONS

PAGE 3