1  ANDREW THOMAS SINCLAIR (SB # 72681)
   CÉSAR J. DEL PERAL (SB # 232140)
2  SINCLAIR LAW OFFICE
   300 Frank H. Ogawa Plaza
3  Rotunda Building, Suite 160
   Oakland, CA 94612
4  Tel: (510) 465-5300
   Fax: (510) 465-5356
5
   KATHLEEN V. FISHER (SB # 70838)
6  ARNE D. WAGNER (SB # 78464)
   MATTHEW BORDEN (SB # 214323)
7  CALVO & CLARK LLP
   One Lombard St., 2nd Floor
8  San Francisco, CA 94111
   Tel: (415) 374-8370
9  Fax: (415) 374-8373

10 Attorneys for Plaintiff

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14

15 Karen Moe Humphreys,                    No. C 04 3808 SI

16                      Plaintiff,         STIPULATION RE MEDIATION
                                           AND ORDER [PROPOSED]
17         v.

18 Regents of the University of California, University
   of California, Berkeley, Department of
19 Intercollegiate Athletics and Recreational Sports,
   Steve Gladstone, in his individual and official
20 capacity, and Mark Stevens, in his individual and
   official capacity,
21
                        Defendants.
22 _____/

23         WHEREAS, the Court ordered the parties to participate in mediation with Robert Fries

24 during the last two weeks of February 2006 (See Civil Pre-Trial Minutes, 12-5-05), and

25         WHEREAS, the parties participated in a full day of mediation with Mr. Fries on June

26 15, 2005, and

27         /

28         /

1   WHEREAS, the reason for directing the parties to mediate in the last two weeks in

2   February was to ensure that settlement efforts took place before dispositive motions were due,

3   and

4   WHEREAS, at the time the Court made its Order, dispositive motions were due on

5   February 24, 2006, and

6   WHEREAS, the time for filing dispositive motions is now rescheduled to March 17,

7   2006, pursuant to the Stipulation and Order approved by the Court of January 30, 2006

8   (Document 78), and

9   WHEREAS, the parties have discussed the possibility of using a different mediator but

10  have reached no decision in this regard,

11  IT IS STIPULATED that;

12  1. The time for mediation may be extended to the first three weeks in March 2006; and

13  2. The parties may at their discretion use either Robert Fries as their mediator or

14  another mediator of their choosing.

15

16

17

18  PAUL YANG                    2/15/06            ANDREW THOMAS SINCLAIR    2/15/06

    Lafayette & Kumagai           DATE              Sinclair Law Office        DATE

19  Attorneys for Defendants                        Attorneys for Plaintiff

20

21                              **O R D E R**

22  Pursuant to the above stipulation of the parties,

23  IT IS ORDERED.

24

    DATED: _____

25

26                                              HON. SUSAN ILLSTON

27                                              United States District Judge

28

*Humphreys v. Regents of University of California, et al.* (No. C 04 3808 SI)
STIPULATION RE MEDIATION & ORDER
PAGE 2