**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN MOE HUMPHREYS, | No. C 04-03808 SI |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S MOTION TO VACATE AMENDED STIPULATED PROTECTIVE ORDER** |
| v. | |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al., | |
| Defendants. | |

Plaintiff's motion to vacate the protective order is DENIED, without prejudice, and the parties are hereby ORDERED to meet and confer concerning defendants' confidentiality designations. The Court notes that defendants appear to have improperly designated a large number of documents as confidential. Improperly designating documents as confidential places an enormous burden on both the parties and, through the overuse of sealed filings, on the Court. Accordingly, the parties are instructed to meet and confer regarding the documents that plaintiff believes have been improperly designated. Any failure on defendants' part to promptly address the problem of overdesignation will result in sanctions.

**IT IS SO ORDERED.**

Dated: March 31, 2006

SUSAN ILLSTON
United States District Judge