IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN MOE HUMPHREYS,<br><br>    Plaintiff,<br><br>  v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,<br><br>    Defendants.<br>_____/ | No. C 04-03808 SI<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION** |

Defendants' request for additional time to file their reply brief is GRANTED (Docket No. 169). Defendants must file their reply, and must serve Judge Illston's chambers with copies of their papers, **by noon on Monday, April 10, 2006.**

**IT IS SO ORDERED.**

Dated: April 5, 2006

SUSAN ILLSTON
United States District Judge