LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
SUSAN T. KUMAGAI (State Bar No. 127667)
CLARIZA C. GARCIA (State Bar No. 189918)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone: (415) 357-4600
Facsimile: (415) 357-4605

Attorneys for Defendants
REGENTS OF THE UNIVERSITY OF CALIFORNIA,
STEVE GLADSTONE and MARK STEPHENS

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN MOE HUMPHREYS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA, UNIVERSITY OF CALIFORNIA BERKELEY, DEPARTMENT OF INTERCOLLEGIATE ATHLETICS AND RECREATIONAL SPORTS, STEVE GLADSTONE, in his individual and official capacity, and MARK STEPHENS, in his individual and official capacity,<br><br>　　　　Defendants. | Case No. C-04-3808 SI<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION**<br><br>Date:　　April 14, 2006<br>Time:　　9:00 a.m.<br>Courtroom: 10, 19th Floor<br>Judge: Honorable Susan Illston<br><br>**Trial Date: May 15, 2006** |

Upon good cause the following documents are ordered filed under seal:

1. Exhibit A to the Declaration of Patti Baba In Support of Defendants' Reply to Plaintiff's Opposition to Motion for Summary Judgment or in the Alternative, Summary Adjudication.

2. Exhibit C to the Declaration of Clariza C. Garcia In Support of Defendants' Reply to Plaintiff's Opposition to Motion for Summary Judgment or in the Alternative,

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE
DOCUMENTS UNDER SEAL IN SUPPORT OF DEFENDANTS' REPLY TO PLAINTIFF'S
OPPOSITION TO MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE,
SUMMARY ADJUDICATION
Case No.: C-04-3808 SI

1

1  Summary Adjudication.

2      3. Exhibit E to the Declaration of Clariza C. Garcia In Support of Defendants' Reply

3  to Plaintiff's Opposition to Motion for Summary Judgment or in the Alternative,

4  Summary Adjudication.

5      4. Exhibit G to the Declaration of Clariza C. Garcia In Support of Defendants' Reply

6  to Plaintiff's Opposition to Motion for Summary Judgment or in the Alternative,

7  Summary Adjudication.

9  DATED: _____, 2006

11  Susan Illston
Judge of the District Court

### /CERTIFICATE OF SERVICE

I certify that a copy of this document was served electronically on April 10, 2006, on counsel of record in compliance with Federal Rule 5, Local Rule 5.6 and General Order 45, by use of the Court's ECF system.

/s/ Clariza C. Garcia

---

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION
Case No.: C-04-3808 SI

2