IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN MOE HUMPHREYS, | No. C-04-03808 SI (EDL) |
| Plaintiff, | **ORDER SETTING DISCOVERY CONFERENCE** |
| v. | |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al., | |
| Defendants. | |

On May 23, 2006, Judge Illston issued an Order Referring Case to Magistrate Judge Laporte for Discovery Purposes. Accordingly, the Court will hold a discovery conference on June 13, 2006 at 2:00 p.m. No later than June 1, 2006, the parties shall file a joint discovery conference statement regarding the status of the issues listed by Judge Illston in her Order. See May 23, 2006 Order Referring Case to Magistrate Judge Laporte for Discovery Purposes at 1:25-2:3. As much as possible, the statement shall contain the parties' agreements on those issues, but in the event that the parties are unable to agree, each party may state its position separately, but consecutively, in the statement. Specifically, the parties shall include a description of which of those discovery issues, if any, have been resolved, and which disputes remain. The parties should note whether they will request in camera review of any documents, and if so, shall describe the nature of those documents.

//
//
//
//

1  The parties should familiarize themselves with the Court's standing order regarding discovery,
2  particularly the portion relating to privilege logs.
3      **IT IS SO ORDERED.**
4  Dated: May 23, 2006

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge