**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMPHREYS, | No. C-04-03808 SI (EDL) |
| Plaintiff, | **NOTICE TO PARTIES REGARDING AVAILABILITY OF COURTROOM FOR "MEET AND CONFER"** |
| v. | |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA ET AL, | |
| Defendants. | |

Judge Laporte's courtroom is available for the parties to meet and confer regarding discovery issues, as is her extern and electronic recording system, on July 26 all day starting at 9 a.m. and July 27 starting at 11 a.m. To clarify, the Court's Order Following June 13, 2006 Discovery Conference contemplated that the parties would meet in the courtroom unless it is unavailable. Either party may contact the Court at 415/522-3694 to determine the availability of the courtroom at other times.

Dated: June 22, 2006

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge