IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMPHREYS,<br><br>      Plaintiff,<br><br>  v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA ET AL,<br><br>      Defendants.                      / | No. C-04-03808 SI (EDL)<br><br>**AMENDED NOTICE TO PARTIES REGARDING AVAILABILITY OF COURTROOM FOR "MEET AND CONFER"** |

Judge Laporte's courtroom is available for the parties to meet and confer regarding discovery issues, as is her extern and electronic recording system, on **June** 26 all day starting at 9 a.m. and **June** 27 starting at 11 a.m. To clarify, the Court's Order Following June 13, 2006 Discovery Conference contemplated that the parties would meet in the courtroom unless it is unavailable. Either party may contact the Court at 415/522-3694 to determine the availability of the courtroom at other times.

Dated: June 22, 2006

                                                  */s/ Elizabeth D. Laporte*
                                              ELIZABETH D. LAPORTE
                                              United States Magistrate Judge