IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KAREN MOE HUMPHREYS,                                    No. C-04-03808 SI (EDL)

         Plaintiff,                                              **ORDER**

  v.

REGENTS OF THE UNIVERSITY OF
CALIFORNIA ET AL,

         Defendants.

_____/

     The Court hereby GRANTS Plaintiff's administrative motion for leave to:

     1.  File a five-page supplement to her Reply ISO Motion to Compel Production of
Documents on Privilege Log ("Motion to Compel").  This supplemental pleading will be filed by
August 15, 2006, and will be strictly limited to addressing the 35 items in Defendants' August 9,
2006, "Addendum to Revised Privilege Log," and, if added by August 14 at 10:00 a.m., the one
additional item referred to below.  Defendants wrote Plaintiff on August  9, 2006 that in addition to
the addendum to the privilege log provided on that late date,  Defendants were "still in the process of
determining whether a single document (which we have neither produced nor put on the privileged
log) is subject to the attorney-client privilege."  Lee Decl., Ex. A  For the time being, the Court will
defer consideration of whether the additions to the privilege log are too late, but Defendants are
cautioned that if they wish to argue that the additional single document that they have not yet logged
is privileged, they must provide an addendum to the log to Plaintiff no later than August 14, 2006 at
10 a.m.   Defendants may not claim privilege for any additional items on the archive CD referred to
in the August 9, 2006 letter, due to waiver by untimeliness.

1    2.  Defendants may file a response to the supplemental pleading no later than August 18,

2  2006.

3    3.  The August 22, 2006 hearing is vacated.  The Court will notify the parties if it decides

4  that a hearing is necessary at a later date, otherwise it will decide the motion on the papers.

5    **IT IS SO ORDERED.**

6  Dated: August 11, 2006

*Elizabeth D. Laporte*

7  ELIZABETH D. LAPORTE
United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2