**United States District Court**
For the Northern District of California

1

2

3

4

5

6               IN THE UNITED STATES DISTRICT COURT

7            FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9    KAREN MOE HUMPHREYS,                    No. C-04-03808 SI (EDL)

10              Plaintiff,              **ORDER STRIKING DEFENDANTS'**
                                        **AUGUST 14, 2006 LETTER**
11        v.

12   REGENTS OF THE UNIVERSITY OF
     CALIFORNIA, et al.,
13
                Defendants.
14   _____/

15          At the motion hearing on August 8, 2006, the Court admonished the parties not to file letters

16   detailing their disputes or seeking relief without first obtaining prior permission from the Court.

17   Despite that admonition and without seeking prior approval, Defendants filed a letter on August 14,

18   2006 regarding Plaintiff's August 10, 2006 motion to file supplemental briefing on Plaintiff's

19   motion to compel.  Accordingly, Defendants' letter is stricken.

20          In an August 11, 2006 Order, the Court provided both parties an opportunity to file further

21   briefs regarding Plaintiff's Motion to Compel.  Defendants may include any arguments about the

22   privilege log in that supplemental brief.

23          **IT IS SO ORDERED.**

24   Dated: August 15, 2006                    _Elizabeth D. Laporte_
                                               _____
25                                             ELIZABETH D. LAPORTE
                                               United States Magistrate Judge
26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court

For the Northern District of California