IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN MOE HUMPHREYS, | No. C-04-03808 SI (EDL) |
| Plaintiff, | **ORDER REGARDING SUBMISSION OF DOCUMENTS IN CAMERA** |
| v. | |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al., | |
| Defendants.  / | |

On September 15, 2006, in response to the Court's September 11, 2006 Order, Defendants submitted documents 1-10 and 28 from its privilege log for in camera review. The Court has reviewed those documents and determined that documents 1-9 are properly included on the privilege log. The two pages of document 10 that were submitted for in camera review are also properly on the privilege log. However, the description of document 10 on the privilege log includes "attached personal notes from Dawn Whalin." Those personal notes were not submitted for the Court's review. Defendants shall lodge those documents for in camera review no later than September 29, 2006. Document 28 is an e-mail chain containing messages dated before and after the commencement of litigation. To the extent that this document reflects attorney-client communications made after this litigation was filed, those portions of the document may be withheld without being listed on the privilege log. Therefore, Defendants shall produce document 28 to Plaintiff with redactions for that portion of the e-mail chain dated after the litigation commenced.

**IT IS SO ORDERED.**
Dated: September 25, 2006

ELIZABETH D. LAPORTE
United States Magistrate Judge