IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN MOE HUMPHREYS,<br><br>Plaintiff,<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA ET AL,<br><br>Defendants. | No. C-04-03808 SI (EDL)<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION TO SET DEADLINES FOR THE COURT'S PRIOR DISCOVERY ORDERS AND TO ENFORCE A WRITTEN DISCOVERY AGREEMENT RE: KMH BOX ISSUE** |

The Court hereby GRANTS Plaintiff's administrative motion to set deadlines for the Court's prior discovery orders and to enforce a written discovery agreement re: KMH Box issue. Although Plaintiff did not fully comply with proper procedures to expedite the proceedings seeking relief, Defendants' repeated delays in complying with numerous prior Court orders make prompt action to avoid undue delay essential to effectuate the Court's orders. Defendants' request to strike Plaintiff's reply (docket no. 551) is DENIED.

1. Defendants shall provide the Sawyers investigation documents, including, but not limited to, Nancy Chu's deposition transcript, if they have not done so already, by December 19, 2006.

2. Defendants shall identify the authors of all handwritings as required by the Court's October 18, 2006 Order (Docket No. 527), by December 22, 2006.

3. Defendants shall produce documents pertaining to the sweetheart deals or Chris Dawson by January 8, 2007.

4. Defendants shall produce the original Archive CD to Philip Jaime Florence, and all

information necessary to access or make use of the CD, by December 22, 2006. Mr. Florence will, in turn, execute the confidentiality agreement as proposed in Exhibit M to the Declaration of Kathleen Fisher (Docket No. 541), except as to paragraph 4 therein, which shall be changed to state as follows: " 4. Upon completion of my work, but in no event later than **thirty** days of my receipt of the Archive CD, I will return the original Archive CD **to Defendant University of California**." Mr. Florence shall return the Archive CD to Defendants within thirty days of receipt, with the understanding that Defendants shall be subject to severe sanctions which may include, but are not necessarily limited to, an adverse inference, if Defendant fails to preserve the Archive CD.

5. Defendants shall produce all documents in the KMH boxes by December 22, 2006. Plaintiff shall, in turn, protect all student-identifying information, in accordance with the Court's August 10, 2006 Order.

This order disposes of Docket No. 540.

**IT IS SO ORDERED.**

Dated: December 18, 2006

ELIZABETH D. LAPORTE
United States Magistrate Judge