IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KAREN MOE HUMPHREYS,

        Plaintiff,

  v.

REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,

        Defendants.
                                    /

No. C 04-03808 SI

**ORDER RE: PREVIOUSLY FILED TRIAL/IN LIMINE MOTIONS AND SCHEDULING STATUS CONFERENCE**

Trial in this matter was previously scheduled for May 15, 2006. At the final pretrial conference on May 11, 2006, a motion to continue the trial was granted and all pending dates were vacated. In addition, discovery disputes in the case, of which there were many, were referred to Magistrate Judge Elizabeth Laporte.

**This Court hereby orders the parties to appear before the undersigned for a Case Management Conference on Friday, March 30, 2007 at 2:30 p.m.** One week prior thereto, the parties shall file a joint Status Conference Statement advising the Court of the status of the action and providing suggested trial and pretrial conference dates.

All previously filed trial/in limine motions are DENIED without prejudice to re-filing as needed in accordance with the new pretrial conference and trial schedule. (Docket entries 231, 234, 250, 251, 252, 258, 262, 263, 264, 265, 266, 267, 268, 269, 271, 273, 274, 275, 276, 277, 279, 280, 281, 282, 283, 284, 285, 287, 293, 300, 301, 337, 351, 383, and 404.)

**IT IS SO ORDERED.**

Dated: February 24, 2007

                                                         SUSAN ILLSTON
                                                         United States District Judge