```
 1  LAFAYETTE & KUMAGAI LLP
    GARY T. LAFAYETTE (State Bar No. 088666)
 2  EDWIN J. WILSON (State Bar No. 048881)
    FORREST E. FANG (State Bar No. 122805)
 3  100 Spear Street, Suite 600
    San Francisco, California 94105
 4  Telephone:  (415) 357-4600
    Facsimile:  (415) 357-4605
 5
    Attorneys for Defendants
 6  REGENTS OF THE UNIVERSITY OF CALIFORNIA,
    STEVE GLADSTONE AND MARK STEPHENS
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Karen Moe Humphreys, | Case No. C 04-3808 SI |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR SUBSTITUTION OF COUNSEL ON BEHALF OF DEFENDANTS REGENTS OF THE UNIVERSITY OF CALIFORNIA, STEVE GLADSTONE AND MARK STEPHENS** |
| vs. | |
| Regents of the University of California, University of California, Berkeley, Department of Intercollegiate Athletics, Steve Gladstone, in his individual and official capacity, and Mark Stephens, in his individual and official capacity, | |
| Defendants. | |

TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

IT IS HEREBY STIPULATED AND AGREED, that the law of Porter, Scott, Weiberg & Delehant, 350 University Avenue, Suite 200, Sacramento, California, 95825, will substitute as attorneys of record in this matter in place and stead of Defendants Regents of the University of California, Steve Gladstone and Mark Stephens' former counsel, Lafayette & Kumagai LLP, who consent to such substitution. Nancy J. Sheehan shall be lead trial counsel for Defendants Regents of the University of California, Steve Gladstone and Mark Stephens.

Dated: March 1, 2007        PORTER, SCOTT, WEINBERG & DELEHANT

                            _____
                            NANCY J. SHEEHAN, ESQ.

STIP. AND [PROPOSED] ORDER FOR SUB. OF COUNSEL ON BEHALF OF DEFS REGENTS
OF THE UNIVERSITY OF CALIFORNIA, STEVE GLADSTONE AND MARK STEPHENS
Case Number: C 04-3808 SI                                                           1

| | | |
|---|---|---|
| 1 | Dated: March 1, 2007 | LAFAYETTE & KUMAGAI LLP |
| 2 | | |
| 3 | | _____ |
| | | FORREST E. FANG, ESQ. |
| 4 | | |
| 5 | | |
| 6 | I CONSENT TO THIS SUBSTITUTION. | |
| 7 | | OFFICE OF THE GENERAL COUNSEL |
| | | FOR THE REGENTS OF THE UNIVERSITY |
| 8 | | OF CALIFORNIA |
| 9 | | |
| 10 | Dated: March 1, 2007 | _____ |
| 11 | | ERIC BEHRENS |
| | | ON BEHALF OF THE REGENTS OF THE |
| 12 | | UNIVERSITY OF CALIFORNIA, STEVE |
| | | GLADSTONE AND MARK STEPHENS |
| 13 | | |
| 14 | | |
| 15 | | **ORDER** |
| 16 | PURSUANT TO STIPULATION, IT IS SO ORDERED. | |
| 17 | | |
| 18 | Dated: March __, 2007 | _____ |
| 19 | | THE HONORABLE SUSAN ILLSTON |
| | | JUDGE UNITED STATES DISTRICT COURT, |
| 20 | | NORTHERN DISTRICT OF CALIFORNIA |
| 21 | | |
| 22 | UC\Hum\Pldg\Sub of Attys.doc | |

Left margin: LAFAYETTE & KUMAGAI LLP, ATTORNEYS AT LAW, 100 SPEAR STREET, SUITE 600, SAN FRANCISCO, CALIFORNIA 94105, (415) 357-4600, FAX (415) 357-4605

STIP AND [PROPOSED] ORDER FOR SUB OF COUNSEL ON BEHALF OF DEFS REGENTS OF THE UNIVERSITY OF CALIFORNIA, STEVE GLADSTONE AND MARK STEPHENS
Case Number: C 04-3808 SI

2