ANDREW THOMAS SINCLAIR (SB# 72681)
CESAR J. DEL PERAL (SB#232140)
SINCLAIR LAW OFFICE
300 FRANK H. OGAWA PLAZA
ROTUNDA BUILDING, SUITE 160
OAKLAND, CA 94612
TEL: (510) 465-5300
FAX: (510) 465-5356

KATHLEEN V. FISHER (SB# 70838)
ARNE D. WAGNER (SB# 78464)
SEUNG LEE (SB# 224273)
CALVO & CLARK LLP
ONE LOMBARD STREET, SECOND FLOOR
SAN FRANCISCO, CA 94111
TEL: (415) 374-8370
FAX: (415) 374-8373

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Karen Moe Humphreys,<br><br>Plaintiff,<br>v.<br><br>Regents of the University of California, University of California, Berkeley, Department of Intercollegiate Athletics and Recreational Sports, Steve Gladstone, in his individual and official capacity, and Mark Stephens, in his individual and official capacity,<br><br>Defendants. | No. C 04 3808 SI (EDL)<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME OF CASE MANAGEMENT CONFERENCE**<br><br>[Civil L. R. 6-2 and 7-12]<br><br>*[Declaration of Seung Lee filed concurrently]* |

WHEREAS, on February 24, 2007, the Court issued an Order (Dock. No. 553) setting a Case Management Conference in this matter for March 30, 2007, and directing the parties to file a joint Status Conference Statement one week prior to the CMC, and

WHEREAS, on February 27, Plaintiff informed Defendants of her intent to renew her motion for terminating sanctions on March 6, 2007, and

WHEREAS, on February 28, Defendants informed Plaintiff by telephone that they intended to substitute new counsel for Lafayette & Kumagai, and requested a two week extension on Plaintiff's motion for terminating sanctions, as well as an extension on the meet and confer, and

WHEREAS, on March 2, 2007, Defendants filed their Substitution of Counsel replacing Lafayette & Kumagai with Porter, Scott, Weiberg, & Delehant, as counsel for all Defendants, and

WHEREAS, on March 2, 2007, the parties stipulated that Plaintiff would postpone filing her motion for terminating sanctions until March 20, 2007, and the parties would meet and confer on the motion no later than March 16 (Dock. No. 555), and

WHEREAS, the parties also agreed to stipulate to rescheduling the Case Management Conference now set for March 30, 2007, to May 4, 2007.

IT IS STIPULATED that the parties request an Order rescheduling the Case Management Conference now set for Friday, March 30, 2007, to Friday, May 4, 2007, at 2:30 p.m.

_____ 3/7/07  
Nancy Sheehan            Date  
Attorney for Defendants

_____ 3/7/07  
Andrew Thomas Sinclair   Date  
Attorney for Plaintiff

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: _____  
SUSAN ILLSTON  
United States District Judge

Humphreys v. Regents of University of California, et al.; Case No. C 04 3808 SI (EDL)

STIPULATED REQUEST FOR ORDER CHANGING TIME OF CASE MANAGEMENT CONFERENCE

1