PORTER, SCOTT, WEIBERG & DELEHANT
NANCY J. SHEEHAN (State Bar No. 109419)
350 University Avenue, Suite 200
Sacramento, CA 95825
Telephone: (916) 929-1481
Facsimile: (916) 927-3706

Attorneys for Defendants The Regents of The University
of California, Steve Gladstone and Mark Stephens

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Karen Moe Humphreys,<br><br>Plaintiff,<br><br>v.<br><br>The Regents of the University of California, University of California, Berkeley, Department of Intercollegiate Athletics, Steve Gladstone, in his individual and official capacity, and Mark Stephens, in his individual and official capacity,<br><br>Defendants. | Case No. C 04-3808 SI<br><br>**STIPULATION AND [PROPOSED] ORDER FOR SUBSTITUTION OF COUNSEL ON BEHALF OF DEFENDANT MARK STEPHENS** |

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

IT IS HEREBY STIPULATED AND AGREED, that Jerome Schreibstein of the law firm of Payne & Fears LLP, One Embarcadero Center #2300, San Francisco, CA 94111 will substitute as attorneys of record in this matter in place and stead of Defendant Mark Stephens' former counsel, Porter, Scott, Weiberg & Delehant, who consent to such substitution.

Dated: March 10, 2007            PAYNE & FEARS LLP


JEROME SCHREIBSTEIN

1  Dated: March ___, 2007                    PORTER, SCOTT, WEIBERG & DELEHANT

2

3                                            _____

4                                            NANCY J. SHEEHAN

5  I CONSENT TO THIS SUBSTITUTION.

6

7  Dated: March ___, 2007

8                                            _____
                                             MARK STEPHENS
9

10

11                                  **ORDER**

12        PURSUANT TO STIPULATION, IT IS SO ODERED.

13

14

15

16  Dated: March ____, 2007

17                                            _____
                                             THE HONORABLE SUSAN ILLSTON
18                                           JUDGE UNITED STATES DISTRICT COURT,
                                             NORTHERN DISTRICT OF CALIFORNIA
19  158082.1

20

21

22

23

24

25

26

27

28

STIP AND [PROPOSED] ORDER FOR SUB. OF COUNSEL ON BEHALF OF DEF. MARK STEPHENS     2
Case No. C04-3808 SI

CASE NAME:  HUMPHREYS  v. REGENTS OF THE UNIVERSITY OF CA, ET AL.
CASE NO.:    USDC NDCA C 04-3808 SI

## DECLARATION OF SERVICE

I am a citizen of the United States and a resident of Sacramento County, California. I am over the age of eighteen years and not a party to the within above-entitled action. My business address is P.O. Box 255428, 350 University Avenue, Suite 200, Sacramento, California 95865.

On **March 9, 2007**, I served the following:

**Stipulation and [Proposed] Order for Substitution of Counsel on Behalf of Defendant Mark Stephens**

| | |
|---|---|
| XX | **BY MAIL.** I am familiar with this Company's practice whereby the mail, after being placed in a designated area, is given the appropriate postage and is deposited in a U. S. mailbox in the City of Sacramento, California, after the close of the day's business. ❑ **Certified Mail/Return Receipt Requested, Article #** |
| | **BY PERSONAL SERVICE.** I caused such document(s) to be delivered by hand to the office of the person(s) listed above. |
| | **BY OVERNIGHT DELIVERY.** I caused the above-listed document(s) to be delivered by overnight delivery to the office of the person(s) listed below. |
| | **BY FACSIMILE.** I caused the above-listed document(s) to be transmitted by facsimile transmission from (916) 927-3706 to the facsimile number listed below. The transmission was reported as completed and without error. A copy of the transmission report is attached. The transmission report was properly issued by the transmitting facsimile machine. |

Andrew Thomas Sinclair, Esq.
Cesar Del Peral, Esq.
Sinclair Law Office
300 Frank H. Ogawa Plaza
Rotunda Building, Suite 160
Oakland, CA 94612

Kathleen V. Fisher, Esq.
Arne D. Wagner, Esq.
Matthew Borden, Esq.
Sueng Lee, Esq.
CALVO & CLARK, LLP
One Lombard St., 2nd Floor
San Francisco, CA 94111

Jerry Schreibstein
PAYNE & FEARS LLP
One Embarcadero Center #2300
San Francisco, CA 94111

LAW OFFICES OF
**PORTER, SCOTT,
WEIBERG & DELEHANT**
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
www.pswdlaw.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| X | **Federal:** I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I hereby certify under the penalty of perjury that the foregoing is true and correct. |

Executed on **March 9, 2007**, at Sacramento, California.

Angelina T. Endsley

LAW OFFICES OF
**PORTER, SCOTT,**
**WEIBERG & DELEHANT**
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
www.pswdlaw.com

00488693.WPD                    Proof of Service