1  ANDREW THOMAS SINCLAIR (SB# 72681)
   CESAR J. DEL PERAL (SB#232140)
2  SINCLAIR LAW OFFICE
   300 FRANK H. OGAWA PLAZA
3  ROTUNDA BUILDING, SUITE 160
   OAKLAND, CA 94612
4  TEL: (510) 465-5300
   FAX: (510) 465-5356
5
   KATHLEEN V. FISHER (SB# 70838)
6  ARNE D. WAGNER (SB# 78464)
   SEUNG LEE (SB# 224273)
7  CALVO & CLARK LLP
   ONE LOMBARD STREET, SECOND FLOOR
8  SAN FRANCISCO, CA 94111
   TEL: (415) 374-8370
9  FAX: (415) 374-8373

10
   *Attorneys for Plaintiff*
11

12              IN THE UNITED STATES DISTRICT COURT

13             FOR THE NORTHERN DISTRICT OF CALIFORNIA

14

15 | Karen Moe Humphreys,                             No. C 04 3808 SI (EDL)

16 |                Plaintiff,
                v.                                    **STIPULATED AGREEMENT RE FILING
17 |                                                  SCHEDULE FOR MOTIONS FOR
     Regents of the University of California, University  TERMINATING SANCTIONS AND
18 | of California, Berkeley, Department of           MONETARY SANCTIONS**
     Intercollegiate Athletics and Recreational Sports,
19 | Steve Gladstone, in his individual and official
     capacity, and Mark Stephens, in his individual and
20 | official capacity,

21 |                Defendants.

22 | _____ /

23

24

25

26

27

28

---

*Humphreys v. Regents of University of California, et al.;* Case No. C 04 3808 SI

STIPULATED AGREEMENT RE FILING SCHEDULE FOR MOTIONS
FOR TERMINATING SANCTIONS AND MONETARY SANCTIONS

1  WHEREAS, on February 27, 2007, Plaintiff informed Defendants of her intent to renew her
2  motion for terminating sanctions on March 6; and
3  WHEREAS, on February 28, Defendants informed Plaintiff by telephone that they intended to
4  substitute new counsel for Lafayette & Kumagai, and requested that Plaintiff defer filing her motion
5  for terminating sanctions, to which Plaintiff subsequently agreed; and
6  WHEREAS, on March 14, 2007, the parties met and conferred; and
7  WHEREAS, University counsel has requested additional time to come up to speed to evaluate
8  both the underlying case and the issues regarding discovery that are the subject of the reference
9  proceedings in order to determine whether a mediated solution is a practical alternative at this stage of
10 the proceedings; and
11 WHEREAS, University counsel has requested that Plaintiff refrain from filing her motions for
12 terminating sanctions and monetary sanctions in order for the University to make such determinations;
13 and
14 WHEREAS, Plaintiff has agreed to refrain from filing her motions for terminating sanctions
15 and monetary sanctions until after April 27, 2007, which is the expected date for the University to
16 make its determination; and
17 WHEREAS, it is Plaintiff's position that she has satisfied all obligations to meet and confer
18 with Defendants regarding her motions for terminating sanctions and monetary sanctions;
19 nevertheless, Plaintiff has agreed to make herself available to further meet and confer with the
20 individual Defendants while the University decides whether to pursue a mediated solution, and the
21 individual Defendants reserve their rights regarding whether such further meet and confer efforts are
22 sufficient.
23   IT IS STIPULATED that:
24   1.   Plaintiff and Defendants (together, the "parties") agree that the University will notify
25 Plaintiff of its decision regarding whether to enter into mediation proceedings to resolve this case, no
26 later than April 27, 2007.
27   2.   In the event the University decides not to enter into mediation proceedings to resolve
28 this case, or has not come to a decision by April 27, 2007, Plaintiff will file her motions for

*Humphreys v. Regents of University of California, et al.*; Case No. C 04 3808 SI (EDL)

**STIPULATED AGREEMENT RE FILING SCHEDULE FOR MOTIONS
FOR TERMINATING SANCTIONS AND MONETARY SANCTIONS**

1  terminating sanctions and monetary sanctions on or after Friday, May 4, 2007. If the parties enter
2  into mediation proceedings, but mediation fails to resolve the case, Plaintiff will file her motions for
3  terminating sanctions and monetary sanctions no less than five Court days after the mediation
4  proceedings have ended.

5    3.    If the University decides to enter into mediation proceedings to resolve this case, the
6  parties will designate a mediator no later than Friday, May 11, 2007, and mediation proceedings will
7  commence as soon as possible thereafter.

_____  4/23/07
Kathleen V. Fisher          Date
Attorney for Plaintiff
Calvo & Clark LLP

_____  4/23/07
Nancy Sheehan               Date
Attorney for Defendant University of California
Porter, Scott, Weiberg & Delehant

_____
Raoul Kennedy               Date
Attorney for Defendant Steve Gladstone
Skadden, Arps, Slate, Meagher & Flom LLP

_____  4/23/07
Jerome Schreibstein         Date
Attorney for Defendant Mark Stephens
Payne & Fears LLP

---

*Humphreys v. Regents of University of California, et al.*; Case No. C 04 3808 SI (EDL)

**STIPULATED AGREEMENT RE FILING SCHEDULE FOR MOTIONS
FOR TERMINATING SANCTIONS AND MONETARY SANCTIONS**

2

into mediation proceedings, but mediation fails to resolve the case, Plaintiff will file her motions for terminating sanctions and monetary sanctions no less than five Court days after the mediation proceedings have ended.

3. If the University decides to enter into mediation proceedings to resolve this case, the parties will designate a mediator no later than Friday, May 11, 2007, and mediation proceedings will commence as soon as possible thereafter.

_____ 4/23/07
Kathleen V. Fisher                Date
Attorney for Plaintiff
Calvo & Clark LLP

_____
Nancy Sheehan                     Date
Attorney for Defendant University of California
Porter, Scott, Weiberg & Delehant

_____ 4/23/07
Raoul Kennedy                     Date
Attorney for Defendant Steve Gladstone
Skadden, Arps, Slate, Meagher & Flom LLP

_____
Jerome Schreibstein               Date
Attorney for Defendant Mark Stephens
Payne & Fears LLP



IT IS SO ORDERED
Judge Susan Illston