```
 1  ANDREW THOMAS SINCLAIR (SB# 72681)
    CESAR J. DEL PERAL (SB#232140)
 2  SINCLAIR LAW OFFICE
    300 FRANK H. OGAWA PLAZA
 3  ROTUNDA BUILDING, SUITE 160
    OAKLAND, CA 94612
 4  TEL: (510) 465-5300
    FAX: (510) 465-5356
 5
    KATHLEEN V. FISHER (SB# 70838)
 6  ARNE D. WAGNER (SB# 78464)
    SEUNG LEE (SB# 224273)
 7  CALVO & CLARK LLP
    ONE LOMBARD STREET, SECOND FLOOR
 8  SAN FRANCISCO, CA 94111
    TEL: (415) 374-8370
 9  FAX: (415) 374-8373

10  Attorneys for Plaintiff
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Karen Moe Humphreys,<br><br>    Plaintiff,<br><br>v.<br><br>Regents of the University of California, University of California, Berkeley, Department of Intercollegiate Athletics and Recreational Sports, Steve Gladstone, in his individual and official capacity, and Mark Stephens, in his individual and official capacity,<br><br>    Defendants. | No. C 04 3808 SI (EDL)<br><br>**STIPULATED AGREEMENT RE CONFIDENTIALITY OF MATERIALS AND INFORMATION COMMUNICATED IN PREPARATION FOR POTENTIAL MEDIATION** |

---

*Humphreys v. Regents of University of California, et al.;* Case No. C 04 3808 SI

STIPULATED AGREEMENT RE CONFIDENTIALITY OF MATERIALS AND INFORMATION
COMMUNICATED IN PREPARATION FOR POTENTIAL MEDIATION

WHEREAS, on February 27, 2007, Plaintiff informed Defendants of her intent to renew her motion for terminating sanctions on March 6, and

WHEREAS, on February 28, Defendants informed Plaintiff by telephone that they intended to substitute new counsel for Lafayette & Kumagai, and requested that Plaintiff defer filing her motion for terminating sanctions, to which Plaintiff subsequently agreed; and

WHEREAS, the parties have met and conferred including a session in Judge LaPorte's courtroom on March 14, 2007 attended by all counsel, a session on March 26, 2007 attended by counsel for the University and counsel for Plaintiff, and a session on April 6, 2007 attended by counsel for the University and counsel for Plaintiff; and

WHEREAS, University counsel and counsel for the individual defendants have requested additional time to come up to speed to evaluate both the underlying case and the issues regarding discovery that are the subject of the reference proceedings in order to determine whether a mediated solution is a practical alternative at this stage of the proceedings; and

WHEREAS, University counsel has requested that Plaintiff refrain from filing her motions for terminating sanctions and monetary sanctions in order for the University to make such determinations; and

WHEREAS, Plaintiff has agreed to refrain from filing her motions for terminating sanctions and monetary sanctions until after April 27, 2007, which is the expected date for the University to make its determination; and

WHEREAS, the parties have had discussions and intend to continue their discussions for the purposes of determining whether the case can be resolved through mediation or otherwise settled pending the University's decision.

//
//
//

*Humphreys v. Regents of University of California, et al.*; Case No. C 04 3808 SI (EDL)
STIPULATED AGREEMENT RE CONFIDENTIALITY OF MATERIALS AND INFORMATION
COMMUNICATED IN PREPARATION FOR POTENTIAL MEDIATION

1

IT IS STIPULATED that:

1. Plaintiff and Defendants (together, the "parties") agree that all documents, materials, conversations, information, writings, or communications exchanged between counsel for Plaintiff, on the one hand, and counsel for Defendants or any of them, on the other hand, for the purpose of, in the course of, or pursuant to the parties determining whether the case can be resolved through mediation or settled, shall be deemed "confidential materials." A party exchanging any "confidential materials" with another party may label, state or otherwise indicate, orally or in writing, that they are intended to be "confidential" or "Confidential: To Be Used for Mediation or Settlement Purposes Only," in which case they shall be deemed "confidential materials." The parties agree that this stipulation applies to all "confidential materials" exchanged prior to the execution of this stipulation.

2. No party to whom "confidential materials" have been provided by another party shall make use of, or disclose, such "confidential materials" for any purpose other than to attempt to mediate or settle the case, or to determine whether the case can be resolved through mediation or settled.

3. No party shall seek to admit into evidence, subject to discovery, or otherwise disclose or disseminate any "confidential materials" or information therein.

4. No party shall seek to compel disclosure of any "confidential materials" or information therein in any arbitration, administrative adjudication, civil action, or other non-criminal proceeding in which, pursuant to law, testimony can be compelled to be given.

5. Notwithstanding anything else to the contrary herein, to the extent "confidential materials" or information therein were already publicly available prior to being exchanged between the parties, or to the extent the party exchanging "confidential materials" later makes disclosure of those "confidential materials" or information therein for a purpose other than to attempt to mediate or

//
//
//

*Humphreys v. Regents of University of California, et al.*; Case No. C 04 3808 SI (EDL)

2

STIPULATED AGREEMENT RE CONFIDENTIALITY OF MATERIALS AND INFORMATION COMMUNICATED IN PREPARATION FOR POTENTIAL MEDIATION

resolve the case, any other party may then make any otherwise permissible use of such "confidential materials" or information therein.

_____  4/23/07
Kathleen V. Fisher        Date
Attorney for Plaintiff
Calvo & Clark LLP

_____  4/23/07
Nancy Sheehan             Date
Attorney for Defendant University of California
Porter, Scott, Weiberg & Delehant

_____  _____
Raoul Kennedy             Date
Attorney for Defendant Steve Gladstone
Skadden, Arps, Slate, Meagher & Flom LLP

_____  4.23.07
Jerome Schreibstein        Date
Attorney for Defendant Mark Stephens
Payne & Fears LLP

_____  _____
Mary Oppedahl             Date
Attorney for Defendant University of California
Reed Smith LLP

---

*Humphreys v. Regents of University of California, et al.*; Case No. C 04 3808 SI (EDL)

3

**STIPULATED AGREEMENT RE CONFIDENTIALITY OF MATERIALS AND INFORMATION COMMUNICATED IN PREPARATION FOR POTENTIAL MEDIATION**

1  resolve the case, any other party may then make any otherwise permissible use of such "confidential
2  materials" or information therein.
3
4
5  _____ 4/23/07          _____
6  Kathleen V. Fisher      Date              Nancy Sheehan           Date
   Attorney for Plaintiff                    Attorney for Defendant University of California
7  Calvo & Clark LLP                         Porter, Scott, Weiberg & Delehant
8
9
10 _____ 4/23/07          _____
   Raoul Kennedy           Date              Jerome Schreibstein     Date
11 Attorney for Defendant Steve Gladstone    Attorney for Defendant Mark Stephens
12 Skadden, Arps, Slate, Meagher & Flom LLP  Payne & Fears LLP
13
14
15 _____
   Mary Oppedahl           Date
16 Attorney for Defendant University of California
   Reed Smith LLP
17

**IT IS SO ORDERED**

*Susan Illston*
Judge Susan Illston

*Humphreys v. Regents of University of California, et al.*; Case No. C 04 3808 SI (EDL)

**STIPULATED AGREEMENT RE CONFIDENTIALITY OF MATERIALS AND INFORMATION COMMUNICATED IN PREPARATION FOR POTENTIAL MEDIATION**

3