ANDREW THOMAS SINCLAIR (SB# 72681)
CESAR J. DEL PERAL (SB#232140)
SINCLAIR LAW OFFICE
300 FRANK H. OGAWA PLAZA
ROTUNDA BUILDING, SUITE 160
OAKLAND, CA 94612
TEL: (510) 465-5300
FAX: (510) 465-5356

KATHLEEN V. FISHER (SB# 70838)
ARNE D. WAGNER (SB# 78464)
SEUNG LEE (SB# 224273)
CALVO & CLARK LLP
ONE LOMBARD STREET, SECOND FLOOR
SAN FRANCISCO, CA 94111
TEL: (415) 374-8370
FAX: (415) 374-8373

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Karen Moe Humphreys,<br><br>    Plaintiff,<br><br>v.<br><br>Regents of the University of California, University of California, Berkeley, Department of Intercollegiate Athletics and Recreational Sports, Steve Gladstone, in his individual and official capacity, and Mark Stephens, in his individual and official capacity,<br><br>    Defendants. | No. C 04 3808 SI (EDL)<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME OF CASE MANAGEMENT CONFERENCE**<br><br>[Civil L. R. 6-2 and 7-12] |

*Humphreys v. Regents of University of California, et al.;* Case No. C 04 3808 SI

**STIPULATED REQUEST FOR ORDER CHANGING TIME OF CASE MANAGEMENT CONFERENCE**

1     WHEREAS, on March 8, 2007, pursuant to Plaintiff and Defendants' (together, the "parties")
2 stipulated request, the Court issued an Order rescheduling the Case Management Conference in this
3 matter originally set for Friday, March 30, 2007, to Friday, May 4, 2007, at 2:30 p.m. (Dock. No.
4 559); and

5     WHEREAS, University counsel requested additional time to come up to speed to evaluate
6 both the underlying case and the issues regarding discovery that are the subject of the reference
7 proceedings in order to determine whether a mediated solution is a practical alternative at this stage of
8 the proceedings; and

9     WHEREAS, at University counsel's request, Plaintiff agreed to refrain from filing her motions
10 for terminating sanctions and monetary sanctions until May 4, 2007, which is one week after the
11 University is expected to make its determination; and

12     WHEREAS, the parties agreed to stipulate to rescheduling the Case Management Conference
13 now set for May 4, 2007, to Friday, May 25, 2007, so that the Case Management Conference and the
14 filing of the Joint Case Management Conference Statement will take place after the University's
15 determination; and

16     WHEREAS, with the exception of Dock. No. 559, all other prior Court Orders and stipulations
17 regarding modifications of time are summarized in the Declaration of Seung Lee, Dock No. 558.

18 //
19 //
20 //

1  IT IS STIPULATED that the parties respectfully request an Order rescheduling the Case
2  Management Conference now set for Friday, May 4, 2007, to Friday, May 25, 2007, at 2:30 p.m.
3
4
5  _____ 4/23/07        _____ 4/23/07
                              Date                                     Date
6  Kathleen V. Fisher                       Nancy Sheehan
   Attorney for Plaintiff                   Attorney for Defendant University of California
7  Calvo & Clark LLP                        Porter, Scott, Weiberg & Delehant
8
9
10                                                                                  4.23.07
11 _____ Date           _____ Date
   Raoul Kennedy                            Jerome Schreibstein
12 Attorney for Defendant Steve Gladstone   Attorney for Defendant Mark Stephens
   Skadden, Arps, Slate, Meagher & Flom LLP Payne & Fears LLP
13
14
15     **PURSUANT TO STIPULATION, IT IS SO ORDERED:**
16
17
18                                          _____
19 Dated:
                                            SUSAN ILLSTON
20                                          United States District Judge
21
22
23
24
25
26
27
28

*Humphreys v. Regents of University of California, et al.*; Case No. C 04 3808 SI (EDL)     2

**STIPULATED REQUEST FOR ORDER CHANGING TIME OF CASE MANAGEMENT CONFERENCE**

IT IS STIPULATED that the parties respectfully request an Order rescheduling the Case Management Conference now set for Friday, May 4, 2007, to Friday, May 25, 2007, at 2:30 p.m.

_____ 4/23/07
Kathleen V. Fisher            Date
Attorney for Plaintiff
Calvo & Clark LLP

_____
Nancy Sheehan                 Date
Attorney for Defendant University of California
Porter, Scott, Weiberg & Delehant

_____ 4/23/07
Raoul Kennedy                 Date
Attorney for Defendant Steve Gladstone
Skadden, Arps, Slate, Meagher & Flom LLP

_____
Jerome Schreibstein           Date
Attorney for Defendant Mark Stephens
Payne & Fears LLP

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated:

_____
SUSAN ILLSTON
United States District Judge

*Humphreys v. Regents of University of California, et al.;* Case No. C 04 3808 SI (EDL)

**STIPULATED REQUEST FOR ORDER CHANGING TIME OF CASE MANAGEMENT CONFERENCE**

2