ANDREW THOMAS SINCLAIR (SB# 72681)
CESAR J. DEL PERAL (SB#232140)
SINCLAIR LAW OFFICE
300 FRANK H. OGAWA PLAZA
ROTUNDA BUILDING, SUITE 160
OAKLAND, CA 94612
TEL: (510) 465-5300
FAX: (510) 465-5356

KATHLEEN V. FISHER (SB# 70838)
ARNE D. WAGNER (SB# 78464)
SEUNG LEE (SB# 224273)
CALVO & CLARK LLP
ONE LOMBARD STREET, SECOND FLOOR
SAN FRANCISCO, CA 94111
TEL: (415) 374-8370
FAX: (415) 374-8373

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Karen Moe Humphreys,<br><br>        Plaintiff,<br>v.<br><br>Regents of the University of California, University of California, Berkeley, Department of Intercollegiate Athletics and Recreational Sports, Steve Gladstone, in his individual and official capacity, and Mark Stephens, in his individual and official capacity,<br><br>        Defendants.<br>_____/ | No. C 04 3808 SI (EDL)<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME OF CASE MANAGEMENT CONFERENCE**<br><br>[Civil L. R. 6-2 and 7-12] |

1  WHEREAS, on April 25, 2007, pursuant to the stipulated joint request by Plaintiff and Defendants (together, the "parties"), the Court issued an Order rescheduling the Case Management Conference in this matter originally set for Friday, March 30, 2007, to Friday, May 25, 2007, at 2:30 p.m. (Dock. No. 570);

WHEREAS, at University counsel's request, Plaintiff agreed to refrain from filing her motions for terminating sanctions and monetary sanctions until no less than five court days after: (i) the University determines it will not enter into mediation proceedings, or (ii) mediation proceedings fail; and

WHEREAS, the University and the other Defendants have decided to enter into mediation proceedings with Plaintiff;

WHEREAS, the parties have scheduled a mediation before mediators Judge Daniel Weinstein and Catherine Yanni, for Tuesday, July 3, 2007;

WHEREAS the parties agreed to stipulate to rescheduling the Case Management Conference now set for May 25, 2007, to Friday, July 27, 2007, so that the Case Management Conference and the filing of the Joint Case Management Conference Statement will take place after the scheduled mediation; and

WHEREAS, with the exception of Dock. Nos. 559 and 570, which are stipulated requests and Orders rescheduling the Case Management Conference in this matter originally set for Friday, March 30, 2007, all other prior Court Orders and stipulations regarding modifications of time are summarized in the Declaration of Seung Lee, Dock. No. 558.

//
//
//
//
//
//
//
//

---

*Humphreys v. Regents of University of California, et al.;* Case No. C 04 3808 SI (EDL)

**STIPULATED REQUEST FOR ORDER CHANGING TIME OF CASE MANAGEMENT CONFERENCE**

2

1 | The parties stipulate that, subject to the Courts' approval, the Case Management Conference
2 | now set for Friday, May 25, 2007, be rescheduled to Friday, July 27, 2007, at 2:30 p.m.

_____ 5/16/07
Kathleen V. Fisher            Date
Calvo & Clark LLP
Attorneys for Plaintiff

_____ 5-16-07
Mike Pott            Date
Porter, Scott, Weiberg & Delehant
Attorneys for Defendant University of California

_____ 5/16/07
Raoul Kennedy            Date
Skadden, Arps, Slate, Meagher & Flom LLP
Attorneys for Defendant Steve Gladstone

_____ 5-16-07
Jerome Schreibstein            Date
Payne & Fears LLP
Attorneys for Defendant Mark Stephens

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____
SUSAN ILLSTON
United States District Judge