☐ ORIGINAL

RECEIVED

07 JUN -5 PM 2: 17

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Charles Louderbach, Esq. (SBN 88788)
PAYNE & FEARS, LLP
One Embarcadero Center, Suite 2300
San Francisco, California 94111
Telephone: (415) 398-7860
Facsimile:   (415) 398-7863

Attorneys for Defendant
MARK STEPHENS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KAREN MOE HUMPHREYS, | CASE NO. C 043808 SI |
|---|---|
| Plaintiff, | **SUBSTITUTION OF ATTORNEY & [PROPOSED] ORDER** |
| v. | |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, UNIVERSITY OF CALIFORNIA, BERKELEY, DEPARTMENT OF INTERCOLLEGIATE ATHLETICS, STEVE GLADSTONE, in his individual and official capacity, and MARK STEPHENS, in his individual and official capacity, | |
| Defendants. | |

TO THE CLERK OF THE COURT AND COUNSEL OF RECORD FOR PLAINTIFF HEREIN:

Notice is hereby given that Defendant MARK STEPHENS substitutes the Law Office of Jerome Schreibstein as his attorney of record in place of Payne and Fears, LLP. The address and telephone number of The Law Office of Jerome Schreibstein, to which all further notices, pleadings, orders, and correspondence should be sent, are:

Law Office of Jerome Schreibstein, Esq.
275 Battery Street, 18th Floor
San Francisco, CA 94111
Telephone: (415) 875-3355
Facsimile: (415) 358-9885

SUBSTITUTION OF ATTORNEY & [PROPOSED] ORDER- 1

| | | |
|---|---|---|
| 1 | DATED: June 1, 2007 | PAYNE & FEARS, LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | CHARLES LOUDERBACH<br>Attorneys for Defendant<br>MARK STEPHENS |

I requested, accept, and consent to substitute The Law Office of Jerome Schreibstein as Defendant BayerHealthCare, LLC's counsel of record in this civil action.

DATED: June 1, 2007              LAW OFFICE OF JEROME SCHREIBSTEIN

By: _____
JEROME SCHREIBSTEIN
Attorney for Defendant
MARK STEPHENS

I consent to and accept this substitution of attorney.

DATED: June 1, 2007

_____
MARK STEPHENS

## ORDER

The above substitution of attorney read and considered, IT IS SO ORDERED.

DATED: June ___, 2007           _____
United States District Court Judge

357642.1

SUBSTITUTION OF ATTORNEY & [PROPOSED] ORDER- 2

## PROOF OF SERVICE

Humphreys v The Regents of the University of California, et al

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action; my business address is One Embarcadero Center, Suite 2300, San Francisco, CA 94111.

On June 5, 2007, I served the following document(s) described as **SUBSTITUTION OF ATTORNEY & [PROPOSED] ORDER** on interested parties in this action by placing a true copy thereof enclosed in sealed envelopes as follows:
SEE ATTACHED SERVICE LIST

☒ **(BY U.S. Mail)** I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit. I deposited such envelope(s) with postage thereon fully prepaid to be placed in the United States Mail at San Francisco, California.

☐ **(By Personal Service)** I delivered by hand on the interested parties in this action by placing the above mentioned document(s) thereof in envelope addressed to the office of the addressee(s) listed above or on attached sheet.

☐ **(By Facsimile)** I served a true and correct copy by facsimile pursuant to C.C.P. 1013(e), calling for agreement and written confirmation of that agreement or court order, to the number(s) listed above or on attached sheet. Said transmission was reported complete and without error.

☐ **(By Overnight Courier)** served the above referenced document(s) enclosed in a sealed package, for collection and for delivery marked for next day delivery in the ordinary course of business, addressed to the office of the addressee(s) listed above or on attached sheet.

☐ **(By E-Mail)** I transmitted a copy of the foregoing documents(s) via e-mail to the addressee(s).

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 5, 2007, at San Francisco, California.

*/s/ Alicia S. Carr*
ALICIA S. CARR

358106.1

# HUMPHREYS v. REGENTS OF THE UNIVERSITY
## SERVICE LIST

| Mary Oppedahl<br>REED SMITH LLP<br>1999 Harrison Street<br>Oakland, CA 94612-3520<br>(510)763-2000 (general)<br>(510)466-6788 (direct)<br>**FAX:** (510) 273-8832<br>moppedahl@reedsmith.com | Nancy J. Sheehan<br>PORTER, SCOTT,<br>WEIBERG & DELEHANT<br>350 University Ave. #200<br>Sacramento, CA 95825<br>(916) 929-1481 ext. 318<br>(916) 601-1241 (cell)<br>**Fax:** (916) 927-3706<br>nsheehan@pswdlaw.com | Michael W. Pott<br>PORTER, SCOTT,<br>WEIBERG & DELEHANT<br>350 University Ave. #200<br>Sacramento, CA 95825<br>(916) 929-1481 ext. 322<br>(916) 719-6958 (cell)<br>**Fax:** (916) 927-3706<br>mpott@pswdlaw.com |
|---|---|---|
| Theodore T. Ting<br>REED SMITH LLP<br>1999 Harrison Street<br>Oakland, CA 94612-3520<br>(510)763-2000 (general)<br>(510)466-6708 (direct)<br>**FAX:** (510) 273-8832<br>tting@reedsmith.com | Cheryl B. Kahn<br>REED SMITH LLP<br>1999 Harrison Street<br>Oakland, CA 94612-3520<br>(510)763-2000 (general)<br>(510)466-6807 (direct)<br>**FAX:** (510) 273-8832<br>ckahn@reedsmith.com | Jason G. Pope<br>PORTER, SCOTT,<br>WEIBERG & DELEHANT<br>350 University Ave. #200<br>Sacramento, CA 95825<br>(916) 929-1481 ext. 323<br>(916) 202-9531 (cell)<br>**Fax:** (916) 927-3706<br>jpope@pswdlaw.com |
| <u>COUNSEL FOR STEVE GLADSTONE</u>:<br>Raoul Kennedy<br>SKADDEN ARPS, SLTE,<br>MEAGHER & FLOM, LLP<br>Four Embarcadero Ctr #3800<br>San Francisco, CA 94111<br>(415) 984-6450 (direct)<br>**FAX:** (415) 984-2698<br>rkennedy@skadden.com | <u>COUNSEL FOR STEVE GLADSTONE</u>:<br>Philip Leider<br>SKADDEN ARPS, SLTE,<br>MEAGHER & FLOM, LLP<br>Four Embarcadero Ctr #3800<br>San Francisco, CA 94111<br>(415) 984-6471 (direct)<br>**FAX:** (415) 984-2698<br>pleider@skadden.com | <u>COUNSEL FOR MARK STEPHENS</u>:<br>Jerry Schreibstein<br>LAW OFFICE OF JERRY<br>SCHREIBSTEIN<br>275 Battery Street, 18th Floor<br>San Francisco, CA 94111<br>(415) 875-3355<br>**FAX:** (415) 398-7863<br>**CELL:** (415)358-9885<br>jschreibstein@jschreiblaw.com |
| <u>OFFICE OF THE GENERAL COUNSEL:</u><br>Cindy Vroom<br>(510) 987-9773<br>(415) 971-6700 (cell)<br>cynthia.vroom@ucop.edu | **Counsel for Humphreys**<br>Kathleen V. Fisher, Esq.<br>Arne D. Wagner, Esq.<br>Seung Lee, Esq.<br>CALVO & CLARK, LLP<br>One Lombard Street, 2nd Fl.<br>San Francisco, CA 94111<br>(415) 374-8370<br>Fax: (415) 374-8373 | |

358104.1