ANDREW THOMAS SINCLAIR (SB# 72681)
CESAR J. DEL PERAL (SB#232140)
SINCLAIR LAW OFFICE
300 FRANK H. OGAWA PLAZA
ROTUNDA BUILDING, SUITE 160
OAKLAND, CA 94612
TEL: (510) 465-5300
FAX: (510) 465-5356

KATHLEEN V. FISHER (SB# 70838)
ARNE D. WAGNER (SB# 78464)
SEUNG LEE (SB# 224273)
CALVO & CLARK LLP
ONE LOMBARD STREET, SECOND FLOOR
SAN FRANCISCO, CA 94111
TEL: (415) 374-8370
FAX: (415) 374-8373

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Karen Moe Humphreys,<br><br>        Plaintiff,<br>v.<br><br>Regents of the University of California, University of California, Berkeley, Department of Intercollegiate Athletics and Recreational Sports, Steve Gladstone, in his individual and official capacity, and Mark Stephens, in his individual and official capacity,<br><br>        Defendants. | No. C 04 3808 SI (EDL)<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME OF CASE MANAGEMENT CONFERENCE**<br><br>[Civil L. R. 6-2 and 7-12] |

WHEREAS, on May 17, 2007, pursuant to the stipulated joint request by Plaintiff and Defendants (together, the "parties"), the Court issued an Order rescheduling the Case Management Conference in this matter then set for Friday, May 25, 2007, to Friday, July 27, 2007, at 2:30 p.m. (Dock. No. 572);

---

*Humphreys v. Regents of University of California, et al.;* Case No. C 04 3808 SI (EDL)

**STIPULATED REQUEST FOR ORDER CHANGING TIME OF CASE MANAGEMENT CONFERENCE**

WHEREAS the parties agreed to stipulate to rescheduling the Case Management Conference now set for July 27, 2007, to Friday, September 7, 2007; and

WHEREAS, with the exception of Dock. Nos. 559, 570 and 572, which are stipulated requests and Orders rescheduling the Case Management Conference in this matter, all other prior Court Orders regarding modifications of time are summarized in the Declaration of Seung Lee, Dock. No. 558.

The parties stipulate that, subject to the Court's approval, the Case Management Conference now set for Friday, July 27, 2007, at 2:30 p.m., be rescheduled to Friday, September 7, 2007 at 2:30 p.m.

_____  7/16/07
Seung Lee                Date
Calvo & Clark LLP
Attorneys for Plaintiff

_____  _____
Nancy Sheehan            Date
Porter, Scott
Attorneys for Defendant University of California

_____  _____
Raoul Kennedy            Date
Skadden, Arps, Slate, Meagher & Flom LLP
Attorneys for Defendant Steve Gladstone

_____  7.16.07
Jerome Schreibstein      Date
Law Office of Jerome Schreibstein
Attorneys for Defendant Mark Stephens

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____
SUSAN ILLSTON
United States District Judge

WHEREAS the parties agreed to stipulate to rescheduling the Case Management Conference now set for July 27, 2007, to Friday, September 7, 2007; and

WHEREAS, with the exception of Dock. Nos. 559, 570 and 572, which are stipulated requests and Orders rescheduling the Case Management Conference in this matter, all other prior Court Orders regarding modifications of time are summarized in the Declaration of Seung Lee, Dock. No. 558.

The parties stipulate that, subject to the Court's approval, the Case Management Conference now set for Friday, July 27, 2007, at 2:30 p.m., be rescheduled to Friday, September 7, 2007 at 2:30 p.m.

_____  7/16/07
Seung Lee                Date
Calvo & Clark LLP
Attorneys for Plaintiff

_____  7/17/07
Nancy Sheehan            Date
Porter, Scott
Attorneys for Defendant University of California

_____  7/16/07
Raoul Kennedy            Date
Skadden, Arps, Slate, Meagher & Flom LLP
Attorneys for Defendant Steve Gladstone

_____
Jerome Schreibstein       Date
Law Office of Jerome Schreibstein, Esq.
Attorneys for Defendant Mark Stephens

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

_____
SUSAN ILLSTON
United States District Judge

---

*Humphreys v. Regents of University of California, et al.;* Case No. C 04 3808 SI (EDL)
STIPULATED REQUEST FOR ORDER CHANGING TIME OF CASE MANAGEMENT CONFERENCE

2