ANDREW THOMAS SINCLAIR (SB# 72681)
CESAR J. DEL PERAL (SB#232140)
SINCLAIR LAW OFFICE
300 FRANK H. OGAWA PLAZA
ROTUNDA BUILDING, SUITE 160
OAKLAND, CA 94612
TEL: (510) 465-5300
FAX: (510) 465-5356

KATHLEEN V. FISHER (SB# 70838)
ARNE D. WAGNER (SB# 78464)
SEUNG LEE (SB# 224273)
MAYA J. SINCLAIR (SB# 209081)
CALVO & CLARK LLP
ONE LOMBARD STREET, SECOND FLOOR
SAN FRANCISCO, CA 94111
TEL: (415) 374-8370
FAX: (415) 374-8373

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Karen Moe Humphreys,<br><br>        Plaintiff,<br><br>   v.<br><br>Regents of the University of California, University of California, Berkeley, Department of Intercollegiate Athletics and Recreational Sports, Steve Gladstone, in his individual and official capacity, and Mark Stephens, in his individual and official capacity,<br><br>        Defendants. | No. C 04 3808 SI<br><br>**STIPULATED DISMISSAL OF INDIVIDUAL DEFENDANTS STEVE GLADSTONE AND MARK STEPHENS**<br><br>Judge: Honorable Susan Illston<br>Dept: Courtroom 10, 19th Floor |

---

*Humphreys v. Regents of University of California, et al.*; Case No. C 04 3808 SI

**STIPULATED DISMISSAL OF INDIVIDUAL DEFENDANTS STEVE GLADSTONE & MARK STEPHENS**

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that individual defendants Steve Gladstone and Mark Stephens be and hereby are dismissed from this action, with prejudice, pursuant to FRCP 41(a)(1)(ii).

DATED: July 3, 2007

CALVO & CLARK, LLP

_____
KATHLEEN V. FISHER
Attorneys For Plaintiff
KAREN MOE HUMPHREYS

DATED: July 3, 2007

LAW OFFICE OF JEROME SCHREIBSTEIN

_____
JEROME SCHREIBSTEIN
Attorneys For Defendant
MARK STEPHENS

DATED: July 3, 2007

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

_____
RAOUL KENNEDY
Attorneys For Defendant
STEVE GLADSTONE

DATED: July 3, 2007

PORTER, SCOTT

_____
NANCY SHEEHAN
Attorneys For Defendant
REGENTS OF THE UNIVERSITY OF CALIFORNIA

---

*Humphreys v. Regents of University of California, et al.;* Case No. C 04 3808 SI

**STIPULATED DISMISSAL OF INDIVIDUAL DEFENDANTS STEVE GLADSTONE & MARK STEPHENS**

1  IT IS HEREBY STIPULATED by and between the parties to this action through their
2  designated counsel that individual defendants Steve Gladstone and Mark Stephens be and hereby are
3  dismissed from this action, with prejudice, pursuant to FRCP 41(a)(1)(ii).
4
5  DATED: July 3, 2007                CALVO & CLARK, LLP
6
7
8                                      _____
                                       KATHLEEN V. FISHER
                                       Attorneys For Plaintiff
9                                      KAREN MOE HUMPHREYS
10
11 DATED: July 3, 2007                LAW OFFICE OF JEROME SCHREIBSTEIN
12
13                                     _____
14                                     JEROME SCHREIBSTEIN
                                       Attorneys For Defendant
15                                     MARK STEPHENS
16
17 DATED: July 3, 2007                SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
18
19
20                                     _____
                                       RAOUL KENNEDY
                                       Attorneys For Defendant
21                                     STEVE GLADSTONE
22 DATED: July 3, 2007                PORTER, SCOTT
23
24
25                                     _____
                                       NANCY SHEEHAN
26                                     Attorneys For Defendant
27                                     REGENTS OF THE UNIVERSITY OF CALIFORNIA
28

IT IS SO ORDERED
Judge Susan Illston

Humphreys v. Regents of University of California, et al.; Case No. C 04 3808 SI

**STIPULATED DISMISSAL OF INDIVIDUAL DEFENDANTS STEVE GLADSTONE & MARK STEPHENS**