ANDREW THOMAS SINCLAIR (SB# 72681)
CESAR J. DEL PERAL (SB#232140)
SINCLAIR LAW OFFICE
300 FRANK H. OGAWA PLAZA
ROTUNDA BUILDING, SUITE 160
OAKLAND, CA 94612
TEL: (510) 465-5300
FAX: (510) 465-5356

KATHLEEN V. FISHER (SB# 70838)
ARNE D. WAGNER (SB# 78464)
SEUNG LEE (SB# 224273)
MAYA J. SINCLAIR (SB# 209081)
CALVO & CLARK LLP
ONE LOMBARD STREET, SECOND FLOOR
SAN FRANCISCO, CA 94111
TEL: (415) 374-8370
FAX: (415) 374-8373

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Karen Moe Humphreys, | No. C 04 3808 SI |
| Plaintiff, | |
| v. | **STIPULATED DISMISSAL OF DEFENDANT REGENTS OF THE UNIVERSITY OF CALIFORNIA** |
| Regents of the University of California, University of California, Berkeley, Department of Intercollegiate Athletics and Recreational Sports, Steve Gladstone, in his individual and official capacity, and Mark Stephens, in his individual and official capacity, | Judge: Honorable Susan Illston<br>Dept: Courtroom 10, 19th Floor |
| Defendants. | |

*Humphreys v. Regents of University of California, et al.*; Case No. C 04 3808 SI

**STIPULATED DISMISSAL OF DEFENDANT REGENTS OF THE UNIVERSITY OF CALIFORNIA**

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that defendant Regents of the University of California be and hereby is dismissed from this action, with prejudice, pursuant to FRCP 41(a)(1)(ii).

DATED: August 13, 2007        CALVO & CLARK, LLP

_____
KATHLEEN V. FISHER
Attorneys For Plaintiff
KAREN MOE HUMPHREYS

DATED: August ___, 2007        LAW OFFICE OF JEROME SCHREIBSTEIN

_____
JEROME SCHREIBSTEIN
Attorneys For Defendant
MARK STEPHENS

DATED: August ___, 2007        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

_____
RAOUL KENNEDY
Attorneys For Defendant
STEVE GLADSTONE

DATED: August 15, 2007        PORTER, SCOTT

_____
NANCY SHEEHAN
Attorneys For Defendant
REGENTS OF THE UNIVERSITY OF CALIFORNIA

---

*Humphreys v. Regents of University of California, et al.:* Case No. C 04 3808 SI

**STIPULATED DISMISSAL OF DEFENDANT REGENTS OF THE UNIVERSITY OF CALIFORNIA**

1  IT IS HEREBY STIPULATED by and between the parties to this action through their
2  designated counsel that defendant Regents of the University of California be and hereby is dismissed
3  from this action, with prejudice, pursuant to FRCP 41(a)(1)(ii).

DATED: August ___, 2007        CALVO & CLARK, LLP

_____
KATHLEEN V. FISHER
Attorneys For Plaintiff
KAREN MOE HUMPHREYS

DATED: August ___, 2007        LAW OFFICE OF JEROME SCHREIBSTEIN

_____
JEROME SCHREIBSTEIN
Attorneys For Defendant
MARK STEPHENS

DATED: August _17_, 2007       SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

_____
RAOUL KENNEDY
Attorneys For Defendant
STEVE GLADSTONE

DATED: August ___, 2007        PORTER, SCOTT

_____
NANCY SHEEHAN
Attorneys For Defendant
REGENTS OF THE UNIVERSITY OF CALIFORNIA

---

*Humphreys v. Regents of University of California, et al.;* Case No. C 04 3808 SI

**STIPULATED DISMISSAL OF DEFENDANT REGENTS OF THE UNIVERSITY OF CALIFORNIA**

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that defendant Regents of the University of California be and hereby is dismissed from this action, with prejudice, pursuant to FRCP 41(a)(1)(ii).

DATED: August ___, 2007          CALVO & CLARK, LLP


_____
KATHLEEN V. FISHER
Attorneys For Plaintiff
KAREN MOE HUMPHREYS


DATED: August __, 2007           LAW OFFICE OF JEROME SCHREIBSTEIN


_____
JEROME SCHREIBSTEIN
Attorneys For Defendant
MARK STEPHENS


DATED: August ___, 2007          SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP


_____
RAOUL KENNEDY
Attorneys For Defendant
STEVE GLADSTONE


DATED: August ___, 2007          PORTER, SCOTT


_____
NANCY SHEEHAN
Attorneys For Defendant
REGENTS OF THE UNIVERSITY OF CALIFORNIA

IT IS SO ORDERED
Judge Susan Illston

*Humphreys v. Regents of University of California, et al.;* Case No. C 04 3808 SI

**STIPULATED DISMISSAL OF DEFENDANT REGENTS OF THE UNIVERSITY OF CALIFORNIA**